JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS B. JR., <br><br>              Plaintiff, <br><br>   v. <br><br>ANDREW M. SAUL, Commissioner of Social Security, <br><br>             Defendant. | Case No. 2:20-cv-01359-KES <br><br> JUDGMENT |

    IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: February 16, 2021

_____
KAREN E. SCOTT
United States Magistrate Judge